UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES K. ENGLISH,

    Plaintiff,

v.                                            Case No. 3:18cv371-LC-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 20, 2018 (doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED** and plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income are **DENIED**.

3. The clerk is directed to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** this 23rd day of January, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**